In the Matter of RUBEL CORPORATION, Respondent. JAMES D. McGANN, as Director of Franchises of the Board of Estimate of the City of New York, Appellant.

Argued November 19, 1945; decided December 6, 1945.

*Ignatius M. Wilkinson, Corporation Counsel* (*Francis J. Bloustein* of counsel), for appellant.

*Herman Horowitz* and *Michael A. Castaldi* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.